ORDERED UNSEALED on 10/27/2023 s/ dominicfrank

SEALED

s/ dominicfrank

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY ISAAC WOODS, SR., Defendant. | Case No.: **23mj3789-JLB** <br> COMPLAINT FOR VIOLATIONS OF: <br><br> Title 18, United States Code, § 922(g)(1) – Felon in Possession of Ammunition; <br><br> Title 21, United States Code, § 841(a)(1)- Possesssion of Methamphetamine with Intent to Distribute; |

The undersigned complainant being duly sworn states:

Count 1

On or about September 14, 2023, within the Southern District of California, defendant TIMOTHY ISAAC WOODS, SR., knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that travelled in interstate commerce, to wit: 27 rounds of assorted brand 9mm ammunition, in violation of Title 18, United States Code, § 922(g)(1).

Count 2

On or about September 14, 2023, within the Southern District of California, defendant TIMOTHY ISAAC WOODS, SR., did knowingly possess, with intent to distribute, 5 grams or more of methamphetamine, to wit: 33.5 grams of methamphetamine (actual), in violation of Title 21, United States Code, § 841(a)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Scott H. Brahin

Special Agent Scott Brahin
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of October, 2023.

Jill Burkhardt

Hon. Jill L. Burkhardt
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On September 14, 2023, San Diego Sheriff's Department ("SDSD") and San Diego Fugitive Task Force ("FTF") law enforcement officers arrested TIMOTHY ISAAC WOODS, SR. for two outstanding felony arrest warrants from the California counties of San Diego and Mariposa. Prior to the arrest, investigators had observed WOODS, SR. exit his residence carrying a green/black backpack and place it in the backseat area of a green Dodge truck that he then drove away in. Investigators later contacted and arrested WOODS, SR. sitting inside the vehicle in which he was the lone occupant. WOODS, SR. was on active 4th amendment waivers related to his probation and parole statuses.

During a search incident to arrest, and pursuant to WOODS, SR.'s parole and probation conditions, investigators located the green/black backpack inside the vehicle on the rear passenger seat. Within the backpack, investigators located the following items: 1) privately manufactured firearm ("PMF") 9mm, semi-automatic pistol with an inserted, loaded magazine, 2) WOODS, SR.'s Ohio State Parole Identification Card, 3) three additional loaded pistol magazines, 4) a total of 27 rounds of 9mm ammunition among the four magazines, 5) 33.5 grams of actual methamphetamine (confirmed by lab results), 6) three different containers of suspected heroin (.5g, .7g, 2.4g), 7) 10.2 grams of marijuana, 8) pepper spray, 9) a Kydex pistol holster for the PMF pistol, and 10) a glass pipe used for smoking narcotics.

A preliminary nexus determination indicates that the ammunition was not manufactured in California, and therefore travelled in interstate commerce.

Additionally, a database query for WOODS, SR.'s criminal history shows 9 total felony convictions: 6 prior felony convictions in California and 3 prior felony convictions in Ohio. The following is a summary of WOOD'S felony convictions:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | PRISON/JAIL TERM |
|---|---|---|---|
| 11/13/1990 | CASC-San Diego Case ECR3098 | PC § 459– Burglary: First Degree | 2 years |

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | PRISON/JAIL TERM |
|---|---|---|---|
| 08/05/2005 | CASC – San Diego Case SCD192560 | PC § 487(d)(1)– Grand Theft Auto | 2 years |
| 10/15/2008 | CASC – San Diego Case SCE273415 | PC § 245(a)(1)– ADW: GBI Likely | 2 years (7 years for parole violation) |
| 02/18/2016 | CASC-San Diego Case SCN349527 | PC § 496(a) –Receiving Stolen Property | 32 months |
| 04/14/2021 | CASC-San Diego Case SCE405355 | PC § 29800(a)(1) –Felon Possession of Firearm | 140 days |
| 07/29/2022 | CASC-San Diego Case SCE413334 | HS § 11370.1(a) – Possession of Ctrld Subs while Armed | 73 days |
| 01/18/2018 | OH, Clinton Cty Tkng No: XR-3390035 | OH Statute 2923.13- Having Weapon Under Disability (Firearm) | 3 years |
| 01/18/2018 | OH, Clinton Cty Tkng No: XR-3390035 | OH Statute 2913.51- Receiving Stolen Property | 3 years |
| 01/18/2018 | OH, Clinton Cty Tkng No: XR-3390035 | OH Statute 2921.331B- Failure to Comply with Order/Evading | 3 years |

REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.